# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20586

United States Court of Appeals
Fifth Circuit

**FILED**

March 9, 2020

Lyle W. Cayce
Clerk

ADRIANE BEAMON,

      Plaintiff - Appellant

v.

MCCALL-SB, INCORPORATED, doing business as Advantage BMW Midtown; GARRETT LEE BURLESON, doing business as Asset Hunters, L.L.C.; MARCUS A. BISHOP; ASSET HUNTERS, L.L.C.,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2118

Before KING, JONES, and COSTA, Circuit Judges.

PER CURIAM:*

Having considered the oral arguments as well as the parties' briefs and pertinent portions of the record, we AFFIRM the judgment of the district court. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.